

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TENET HOSPITALS LIMITED d/b/a SIERRA MEDICAL CENTER, | § | No. 08-14-00181-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th Judicial District Court |
| | § | |
| SANDRA BERNAL, Individually and as Independent Administrator of the Estate of Margarita G. Medrano, Deceased, | § | of El Paso County, Texas |
| | | (TC#2013DCV3968) |
| CAROLINA HERNANDEZ, CARLOS M. MEDRANO, MARIA MAGDALENA | § | |
| ALEXUS, RAUL MEDRANO AND MARIA V. TELLEZ, | § | |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's motion to dismiss. We therefore reverse the trial court's order denying Appellant's motion to dismiss and remand for the trial court to consider granting Appellees a thirty-day extension to cure their expert reports, in accordance with our opinion.

We further order that each party bear their own appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before Rodriguez, J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment